WILLIAM R. CRAIG et al., Appellants and Respondents,
*v.* JAMES T. ANYON et al., Respondents and
Appellants.

*Negligence — accountants — action to recover for failure of accountants
to discover defalcation.*

*Craig* v. *Anyon*, 212 App. Div. 55, affirmed.

(Argued March 1, 1926; decided April 6, 1926.)

CROSS-APPEALS from a judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered March 3, 1925, affirming a judgment in
favor of plaintiffs entered upon a verdict directed by the
court. The action was for negligence in that defendants,
who composed an accounting firm and had contracted
to audit the plaintiffs' books every three months, did
their work so carelessly that they failed to discover and
report a defalcation by one of plaintiffs' employees
through a period of nearly five years whereby plaintiffs
had been defrauded of large sums of money. The trial
court directed a verdict for the amount paid for the
defendants' services.

*John H. Jackson* and *Warren W. Cunningham* for
plaintiffs, appellants and respondents.

*Alfred A. Cook, Harold Nathan* and *Frederick F.
Greenman* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: POUND, MCLAUGHLIN, CRANE and ANDREWS,
JJ. Dissenting: HISCOCK, Ch. J. Absent: CARDOZO, J.
Not sitting: LEHMAN, J.

―――――――

THE NATIONAL CASH REGISTER COMPANY, Appellant, *v.*
REMINGTON ARMS COMPANY, INC., Respondent.

(Submitted March 29, 1926; decided April 6, 1926.)

Motion for reargument or to amend remittitur denied,
with, ten dollars costs and necessary printing disburse-
ments. (See 242 N. Y. 99.)